# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : No. 440
:
DESIGNATION OF CHAIR AND VICE- : MAGISTERIAL RULES DOCKET
CHAIR OF THE MINOR COURT RULES :
COMMITTEE :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of March, 2020, the Honorable Margaret A. Hunsicker-Fleischer is hereby designated as Chair, and the Honorable Charles Hayden is hereby designated as Vice Chair, of the Minor Court Rules Committee, commencing April 1, 2020.